AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**ANTHONY LEE JARVIS**

**CRIMINAL COMPLAINT**

**(Name and Address of Defendant)**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about  **MARCH 15, 2007**  in  **WASHINGTON**  county, in the _____ District of  **COLUMBIA**  defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title  **21**  United States Code, Section(s)  **841(a)(1)**  .

I further state that I am  **INVESTIGATOR MICHAEL JEWELL**  , and that this complaint is based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**INVESTIGATOR MICHAEL JEWELL
FIRST DISTRICT,  MPD**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
Date                                                                                  City and State

_____        _____
Name & Title of Judicial Officer                              Signature of Judicial Officer

**STATEMENT OF FACTS**

  On March 15, 2007, an undercover officer (UC) with the Metropolitan Police Department went to xxx x$^{xx}$ Xxxxxx, X.X., Xxxxxxxxxx, X.X. to meet with the defendant, Anthony Jarvis, to purchase 62 grams of crack cocaine. The UC and the defendant went inside of the bathroom where the defendant gave the UC a clear plastic bag containing a large white rock-like substance. The UC gave the defendant $2,800.00 of pre-recorded MPDC funds. After the UC left premises. The officers placed the defendant under arrest. The defendant was positively identified by the UC. Recovered from the defendant's left rear pants pocket was the $2,800.00 of pre-recorded MPDC funds. A portion the white rock-like substance field tested positive for cocaine. The approximate weight of the white rock-like substance was 65 grams.

_____
INVESTIGATOR MICHAEL JEWELL
FIRST DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_ DAY OF MARCH, 2007.


_____
U.S. MAGISTRATE JUDGE